# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| MAT-WAH, INC. AND MARVELOUS ENTERTAINMENT, INC. § § § | |
| v. § § § | CASE NO. 4:08cv438 |
| ENMON ACCESSORIES, LLC, § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 16, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Motion to Dismiss for Lack of Subject-Matter Jurisdiction (Dkt. 150) be GRANTED and that this matter be dismissed in its entirety without prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiffs' Motion to Dismiss for Lack of Subject-Matter Jurisdiction (Dkt. 150) is GRANTED and this matter shall be dismissed without prejudice.

**IT IS SO ORDERED.**

SIGNED this the 13th day of April, 2012.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE